## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Access Living of Metropolitan Chicago, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>North Star Trust Company, Successor Trustee )<br>to MB Financial Bank, NA as Trustee under )<br>Trust Agreement dated November 18, 2003, )<br>and known as Trust Number 3336; and )<br>M&B Domalex Holdings )<br>)<br>Defendants )<br>) | Case No. 15-cv-2085 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between plaintiff Access Living of Metropolitan Chicago and defendants that this case is hereby dismissed with prejudice.

This Stipulation for Dismissal with Prejudice of All Claims and Parties is based on Rule 41(a)(1) of the Federal Rules of Civil Procedure, and has been signed by counsel for all parties who have made an appearance herein. Each party is to bear its own attorneys' fees and costs.

Dated: September 14, 2015

Respectfully submitted,

| | |
|---|---|
| /s/ Casey Fronk_____ | /s/ Jenifer H. Caracciolo _____ |
| Joshua Rabinovitz | Jenifer H. Caracciolo |
| Casey Fronk | Arnstein & Lehr LLP |
| Bill Watson | 120 S. Riverside Plaza, Suite 1200 |
| KIRKLAND & ELLIS LLP | Chicago, IL 60606 |
| 300 N. LaSalle | (312) 876-7100 |
| Chicago, IL 60654 | Jhcaracciolo@arnstein.com |
| (312) 862-2000 | *Attorney for Defendants* |
| *Attorneys for the Plaintiff* | |

## CERTIFICATE OF SERVICE

      I, Casey R. Fronk, hereby certify that on September 14, 2015, I caused a copy of the foregoing to be served by filing the foregoing electronically through the CM/ECF system, which caused a Notice of Electronic Filing to the parties registered to the Court's CM/ECF system for this action, and by electronic mail upon the following counsel of record for Defendants:

    Jenifer H. Caracciolo
    Arnstein & Lehr LLP
    120 South Riverside Plaza
    Suite 1200
    Chicago, IL 60606-3910
    (312) 876-6930

                                            /s/ Casey Fronk_____
                                            Joshua Rabinovitz
                                            Casey Fronk
                                            Bill Watson
                                            KIRKLAND & ELLIS LLP
                                            300 N. LaSalle
                                            Chicago, IL 60654
                                            (312) 862-2000
                                            (312) 862-2200 (fax)

                                            *Attorneys for the Plaintiff*